JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS W. DAVIS, et al., | NO. CV 12-9309 FMO (CWx) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| DEUTCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

On March 4, 2013, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than March 11, 2013. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. Accordingly, IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.

Dated this 13th day of March, 2013.

/s/
Fernando M. Olguin
United States District Judge